OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/21/2015
GREER, DAVID AKA DAVID DUANE GREER
Tr. Ct. No. 12-03324-CRF-272-A

WR-41,864-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

*Name + Number do not match*

DAVID GREER
# 684080

U T F